UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| WALTER STEVON SCOTT, | ) | No. CV 15-2800-PLA |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT FOR REMAND** |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social<br>Security Administration, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that this case is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the Stipulation to Remand.

DATED: November 12, 2015

*Paul L. Abrams*
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE